The City Council of the City of Sanford, a municipal cor-
poration of Florida, and M. L. Scott as Clerk, Treas-
urer and Assessor of said City, Plaintiffs in Error,
vs. The State of Florida *ex rel.* Sanford Water
Works Company, a corporation of Florida, Defend-
ant in Error.

Writ of error to Circuit Court, Orange county; Minor
S. Jones, Judge.

Thomas E. Wilson and A. M. Thrasher, for Plaint-
iffs in Error.

Beggs & Palmer and C. S. Partridge, for Defendant
in Error.

This action was brought by the defendant in error against plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for the plaintiffs in error.